**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

ALMAZ TEFERA,

Plaintiff,

v.

FALKIN-PLATNICK REALTY GROUP, INC.,
ELK RIDGE SPE II, LLC,

Defendants.

## NOTICE OF REMOVAL TO FEDERAL COURT

Defendants, through undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby give notice of removal of this case from Arapahoe County District Court, Colorado to the United States District Court for the District of Colorado. As grounds therefor, the Defendants state as follows:

1. On or about January 22, 2022, Plaintiff filed a civil action in the Arapahoe County District Court seeking damages based on alleged premises liability and negligence.

2. Service of Plaintiff's Complaint was effected on the Defendants on February 4, 2022. True and correct copies of the Complaint and Affidavit of Service are attached hereto.

3. This Court has jurisdiction over this action because there is diversity of citizenship between the Plaintiff and the two Defendants and more than $75,000 in controversy. Specifically, Plaintiff is a Colorado resident. Defendant Falkin-Platnick Realty Group, Inc., is a New Jersey corporation with its principal place of business in New Jersey. Defendant Elk Ridge SPE II, LLC

is a Delaware limited liability company with its principal place of business in New Jersey. The two members of this limited liability company are individuals who reside in New Jersey. Based on Plaintiff's Civil Cover Sheet attached to the Complaint and attached hereto, Plaintiff seeks in excess of $100,000.00 in damages as a result of the subject accident.

4. Venue is proper in this Court because the State Court Action is pending in Colorado. *See* 28 U.S.C. § 1441(a).

5. This Notice of Removal is filed within thirty days of service of the Complaint and is timely filed pursuant to 28 U.S.C. § 1446(b).

6. Pursuant to 28 U.S.C. § 1446(d), Defendants will provide prompt written notice of the removal of this action to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Arapahoe County District Court as soon as this Notice of Removal has been filed in this Court.

7. Pursuant to D.C.COLO.LCivR 81.1, the undersigned certifies that there are no hearings set before the Arapahoe County District Court from which this case is removed and all pleadings and process filed therein are attached hereto.

WHEREFORE, the Defendants request that the action now pending before the Arapahoe County District Court, Colorado, Civil Action No. 2022 CV 30120, be removed to this Court, and for such other and further relief as this Court deems necessary and proper.

Respectfully submitted this 2nd day of March 2022.

*s/Douglas A. Stevens*
Douglas A. Stevens, Esq.
David M. Strachan, Esq.
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
dstevens@celaw.com
dstrachan@celaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that I will send notification of such filing to the following by email:

J. Richard Kunckel, Esq.
rkunckel@icloud.com
Aklil H. Hailu, Esq.
Aklil.hailu@hailulawfirm.com
Attorneys for Plaintiff

*s/Shelley McKinstry*
Shelley McKinstry

3